# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY AND LIFE ASSURANCE COMPANY, a Corporation; PROTECTIVE LIFE INSURANCE COMPANY, a Corporation; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:17-cv-01383-AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint served: September 14, 2017<br>New response date: November 17, 2017 |

Pursuant to Local Rule 144, and for good cause being shown, the Court hereby GRANT'S Plaintiff, Homer Harris, and Defendants, Athene Annuity and Life Assurance Company and Protective Life Insurance Company's (collectively, "Defendants"), Stipulation to Extend Defendants time to a File Responsive Pleading to Plaintiff's Complaint up-to and including November 17, 2017.

IT IS SO ORDERED.

Dated: **October 23, 2017**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1