**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOMER HARRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY and LIFE ASSURANCE COMPANY,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01383-AWI-BAM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Doc. 20) |

This matter is before the Court on Plaintiff Homer Harris's ("Plaintiff") Motion for leave to file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). (Doc. 20). The Court deems the matter appropriate for resolution without oral argument. See E.D. Cal. Civ. L.R. 230(g). Through the motion, Plaintiff seeks to add Freedom Mortgage Corporation as a Plaintiff beneficiary and add additional causes of action. Defendants Athene Annuity and Life Assurance Company and Protective Life Insurance Company (collectively, "Defendants") filed a statement of non-opposition to this motion. (Doc. 21).

Given the non-opposition, and good cause appearing, Plaintiff's motion is GRANTED. In order to clarify the record, Plaintiff shall file his First Amended Complaint, attached as Exhibit A to the Motion, as a separate entry on the docket, within seven (7) calendar days of the date this Order is filed.

IT IS SO ORDERED.

Dated: __March 30, 2018__　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1