George J. Vasquez, SBN 291395
**George J. Vasquez, Professional Law Corporation**
5588 N. Palm Ave., Ste. 109
Fresno, CA 93704
Telephone: (559) 334-3783
Facsimile: (559) 578-3777
gvasquez@georgevasquezlaw.com

Attorney for Plaintiff Homer Harris

C. Andrew Kitchen (SBN 292609)
dkitchen@maynardcooper.com
Linda Oliver (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendants, Athene Annuity & Life Assurance Company and Protective Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER HARRIS;<br><br>        Plaintiff,<br><br>    v.<br><br>ATHENE ANNUITY AND LIFE ASSURANCE COMPANY et al.;<br><br>        Defendants. | Case No.: 1:17-CV-01383<br>STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE<br><br>Date: July 26, 2018<br>Time: 8:30 a.m.<br>Location: 2500 Tulare Street<br>         Eighth Floor<br>         Fresno, CA 93721<br>Courtroom: 8 |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties through their counsel of record as follows:

**STIPULATION**

1. A joint scheduling conference is currently set for July 26, 2018 at 8:30 a.m. in the above-entitled court.

1. 2. Pursuant to the court's order, Plaintiff filed a First Amended Complaint on April 10, 2018 adding Freedom Mortgage Corporation as an involuntary plaintiff in this matter.

3. Plaintiff served a copy of the First Amended Complaint on Freedom Mortgage Corporation on May 22, 2018.

4. Freedom Mortgage Corporation has not yet appeared in this matter.

5. Plaintiff is still attempting to obtain information from Freedom Mortgage Corporation about how it wishes to proceed in the matter.

6. Based on the foregoing, the parties stipulate to continue the currently set Joint Scheduling Conference on July 26, 2018 to August 28, 2018 at 8:30.

7. This stipulation and order may be executed in one or more counterparts, each of which shall be deemed an original stipulation against each individual, but all of which together shall constitute one and the same instrument. This stipulation and order may be executed via facsimile or e-mail and the signatures thereon shall be deemed an original signature.

Dated: July 19, 2018        **GEORGE J. VASQUEZ, PLC**

/s/ George J. Vasquez
George J. Vasquez,
Attorney for Plaintiff, Homer Harris
George J. Vasquez, SBN 291395
Attorney for Plaintiff, Homer Harris
George J. Vasquez, Professional Law Corporation
5588 N. Palm Ave., Ste. 109
Fresno, CA 93704
Phone: 559-334-3783
Fax: 559-578-3777
gvasquez@georgevasquezlaw.com

Dated: July 19, 2018        **MAYNARD, COOPER & GALE, LLP**

/s/ Linda Oliver
C. Andrew Kitchen (SBN 292609)
dkitchen@maynardcooper.com
Linda Oliver (SBN 166720)

STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE - 2

loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

## **ORDER**

In consideration of the Parties' stipulation above, and cause appearing, the Joint Scheduling Conference currently set for July 26, 2018, in this matter is hereby continued to **August 28, 2018 at 9:30 a.m.**

The parties are directed to meet and confer to update proposed dates for scheduling. At least one (1) week prior to the conference, a REVISED Joint Scheduling Conference Report shall be electronically filed and a copy e-mailed in Word format to bamorders@caed.uscourts.gov. The parties may appear telephonically at the conference with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: __July 23, 2018__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE